IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:21-CR-39-CAR-CHW |
| vs. | : | |
| | : | |
| | : | |
| ALBERT ROSS | : | |
|    a/k/a "BIG" | : | |
| JOSE PINEDA PEREZ | : | |
|    a/k/a "PRETTY BOY" | : | |
|    a/k/a "JOSELO" | : | |
|    a/k/a "JP" RANKO LUNIC | : | |
| ALEKSANDAR LUNIC | : | |
|    a/k/a "KEKI" | : | |
| MICHELLE ALVARADO | : | |
| TANYA ALDANA | : | |
| NATHANIEL WILKINS | : | |
|    a/k/a "OLD MAN" | : | |
| ANTHONY BERNARD GRANT | : | |
|    a/k/a "DAD" | : | |
| RICHARD CORNELIUS | : | |
|    a/k/a "RICH" | : | |
| ERIC MORGAN | : | |
|    a/k/a "SWEAT" | : | |
| LONNIE BENNETT | : | |
|    a/k/a "RUNK" | : | |
|    a/k/a "ROO BOY" | : | |
|    a/k/a "RUDE BOY" | : | |
| BRANDON PAYNE | : | |
|    a/k/a "RED" | : | |
|    a/k/a "NEPHEW" | : | |
| BERNARD WILCOX | : | |
| TAMICHAEL DARDEN | : | |
|    a/k/a "T-MIKE" | : | |
| MILLER SUTTON | : | |
|    a/k/a "UNC" | : | |
| REGINALD BATTLE SR. | : | |
|    a/k/a "REGGIE" | : | |
| DANNY SIMS | : | |
|    a/k/a "D BOY" | : | |
| COREY MITCHELL | | |
|    a/k/a "MURDA" | | |
| Defendants. | | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the

Court that Case No. 3:21-CR-39, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:21-CR-39, be unsealed.

SO ORDERED, this 5th day of January, 2023.

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

MICHAEL MORRISON
Digitally signed by MICHAEL
MORRISON
Date: 2023.01.05 08:41:12 -05'00'

MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY